[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11951

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 10, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:08-cv-02141-CC

GEORGIACARRY.ORG, INC.,
REGIS GOYKE,

Plaintiffs - Appellants,

versus

PINKIE TOOMER,
in her official capacity as Judge of the Probate Court
of Fulton County, Georgia, and all others similarly situated,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 10, 2011)

Before WILSON and PRYOR, Circuit Judges, and BUCKLEW,* District Judge.

_____

*Honorable Susan C. Bucklew, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

After review of the parties' briefs and the record, and with the benefit of oral argument, the Court finds no reversible error in the district court's order, dated March 13, 2009, granting the Appellee's motion to dismiss. Accordingly, we affirm the district court's dismissal of Appellants' complaint for the reasons stated in that order.

We note that "[a] dismissal for lack of subject matter jurisdiction is not a judgment on the merits and is entered without prejudice." *Stalley v. Orlando Reg'l Healthcare Sys., Inc.*, 524 F.3d 1229, 1232 (11th Cir. 2008) (per curiam). We also note that at oral argument, Appellee represented that applications for Georgia firearms licenses are "freely given." Therefore, were the Appellants to file a new complaint alleging either that Mr. Goyke personally requested an application and was refused, or that he submitted an application and was denied a license based on his lack of Fulton County domicile, then the standing and ripeness issues would need to be revisited.

**AFFIRMED.**